IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVSION

IN RE:

Mahmoud Musa Abulhawa,

                                                                                                    Case No. 20-18036
                                                                                                    Chapter 13

        Debtor

**LINE OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

    NOW COMES, Mahmoud Musa Abulhawa, Debtor, by undersigned Counsel, files his line of Opposition to U.S. Bank National Association ("Movant",) Motion Seeking Relief from the Automatic Stay.

1. Debtor's Counsel is initiating negotiations with Movant to resolve this matter by agreement.

                                                                Respectfully Submitted,

                                                                  /s/Sari Karson Kurland
                                                               Sari Karson Kurland, Esq.
                                                               The Kurland Law Group
                                                               211 Jersey Lane
                                                               Rockville, MD 20850

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April 2021, I reviewed the Court's CM/ECF system, and it reports that an electronic copy Line of Opposition to Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Trustee
Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401


Movant
Mark D. Meyer, Esq.
Federal Bar 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

/s/Sari Karson Kurland
Sari Karson Kurland, Esq.
Maryland Bar No. 09174
211 Jersey Lane
Rockville, MD 20850
301-424-2834
Skurland2@comcast.net