IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>MAHMOUD MUSA ABULHAWA<br>AKA MIKE ABULHAWA AKA MICHAEL ABULHAWA<br><br>   Debtor | Case No. 20-18036-TJC<br>Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br><br>   Movant<br>v.<br><br>MAHMOUD MUSA ABULHAWA<br>aka Mike Abulhawa aka Michael Abulhawa<br>7840 Beechcraft Avenue<br>Gaithersburg, MD 20879<br><br><br>   Respondents | Motion No. |

### NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM STAY

The hearing on U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N's motion seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to foreclosure on the property known as 11433 Brundidge Terrace, Germantown, MD 20876 has been continued.

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 76459

The continud hearing is scheduled for

**<u>MAY 10, 2021 AT 10:00 AM by videoconference or teleconference.  For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688.</u>**

| | |
|---|---|
| Date: April 21, 2021 | /s/ Mark D. Meyer, Esq.                |
| | Mark D. Meyer, Esq. |
| | Federal Bar 15070 |
| | Rosenberg & Associates, LLC |
| | 4340 East West Highway, Suite 600 |
| | Bethesda, MD 20814 |
| | 301-907-8000 |
| | mark.meyer@rosenberg-assoc.com |

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 76459

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of April, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

    Rebecca A Herr, Trustee
    185 Admiral Cochrane Drive, Suite 240
    Annapolis, MD 21401

    Sari Karson Kurland, Esquire
    The Kurland Law Group
    211 Jersey Lane
    Rockville, MD  20850

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 76459