**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**

RETAIN
Evidentiary Hrg: Y (N)
Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 13

Date: 05/25/2021 Time: 10:00

CASE: 20-18036 Mahmoud Musa Abulhawa

Sari Karson Kurland representing Mahmoud Musa Abulhawa (Debtor)

__ R. Herr  X F. Nix  __ B. Tucci  __ K. Smits
   representing Fredrick Eric Nix   Rebecca A. Herr (Trustee)

[93] Motion to Reconsider Order Denying Confirmation
of Chapter 13 Plan Without Leave to Amend Filed
by Mahmoud Musa Abulhawa (related document(s) 1
Proposed Order)

— denied

**MOVANT** : Mahmoud Abulhawa BY S Kurland

[95] Amended Objection to Claim Number 10 In Re: Kapitus
Servicing, Inc. fda Colonial Funding Network, Inc.
in the Amount of $56742.93. Notice Served
on 4/5/2021 Filed by Mahmoud Musa Abulhawa (related
document(s) 1 Proposed Order)

Klementina Pavlova
Paige Smith

**MOVANT** : Mahmoud Abulhawa BY S Kurland

[96] Opposition on behalf of Rebecca A. Herr Filed by
Fredrick Eric Nix (related document(s) 1 Exhibit)

**MOVANT** : Rebecca Herr BY F Nix

[97] Trustee's Motion to Dismiss Case for other reasons
with Prejudice. Filed by Rebecca A. Herr. (Attachments:
#s1 Proposed Order)

— grant dismissal w/out prejudice

**MOVANT** : Rebecca Herr BY F Nix

[110] Motion to Dismiss Debtor's Objection to Claim
Number 10-1, Reservation of Rights, and Alternatively,
Motion to Extend the Time for Kapitus to File and
Supplement Its Response Filed by Strategic Funding
Source, Inc. d/b/a Kapitus. (related document(s)s95
Amended Objection to Claim Number 10 In Re: Kapitus
Servicing, Inc. fda Colonial Funding Network, Inc.
in the Amount of $56742.93 filed by Debtor
Mahmoud Musa Abulhawa)(Smith, Paige) Modified on
5/5/2021. Text modified to reflect title of pleading.
(Arter, Laurie). Modified on 5/11/2021. Related
document added. (Arter, Laurie).

✓

**MOVANT** : Strategic Funding Source, Inc. d/b/a Kapitus BY P Smith W Burgess K
Pavlova

[122] Opposition Response on behalf of Mahmoud Musa Abulhawa
Filed by Sari Karson Kurland (related document(s)
97 Trustee's Motion to Dismiss Case filed by
Trustee Rebecca A. Herr).

**MOVANT** : Mahmoud Abulhawa BY S Kurland

[123] Opposition and Statement in Support of the Trustee'
s Opposition to Debtor's Motion to Reconsider
on behalf of Strategic Funding Source, Inc. d/b/a
Kapitus Filed by Paige Smith (related document(s)
93 Motion to Reconsider Order Denying Confirmation
of Chapter 13 Plan Without Leave to Amend filed
by Debtor Mahmoud Musa Abulhawa). (Smith, Paige).
Modified on 5/19/2021. Additional related document
added; Text enhanced to add a descriptive title.
(Arter, Laurie).

**MOVANT** : Strategic Funding Source, Inc. d/b/a Kapitus BY P Smith W Burgess K Pavlova

[124] Kapitus' Statement in Support of the Trustee'
s Motion to Dismiss with Prejudice Filed by Paige
Smith (related document(s) 97 Trustee's
Motion to Dismiss Case filed by Trustee Rebecca
A. Herr).

**MOVANT** : Strategic Funding Source, Inc. d/b/a Kapitus BY P Smith W Burgess K Pavlova

DISPOSITIONS:

Plan: Confirmed ___ Modified ___ Hold ___ Interlineation:$___ Mos.___ Converted to Ch___

Denied without/with leave to amend by:_____ Conf:_____ Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

| | | | | | |
|---|---|---|---|---|---|
| Granted | _____ | Sustained | _____ | Denied | _____ |
| Overruled | _____ | Withdrawn | _____ | Under Adv. | _____ |
| Moot | _____ | Consent | _____ | Dismissed | _____ |
| O.T.J. Fee | _____ | | | | |

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
   [ ] Movant's counsel          [ ] Court
   [ ] Respondent's counsel      [ ] Other _____

NOTES: