Entered: June 1st, 2021
Signed: June 1st, 2021

**DENIED**

The motion is denied for the reasons stated on the record at a hearing held on May 25, 2021.



**THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVSION

IN RE:

Mahmoud Musa Abulhawa,

                Case No. 20-18036
                Chapter 13

   Debtor

---

### ORDER GRANTING MOTION TO RECONSIDER ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN WITHOUT LEAVE TO AMEND

This matter came before the Court on Debtor's Motion to Reconsider the Order Denying Confirmation of Chapter 13 Plan Without Leave to Amend, good cause appearing therein, it is

ORDERED, that the Motion to Reconsider is GRANTED; and it is further

ORDERED that the Chapter 13 case be and it hereby is REINSTATED.

COPIES TO:
Sari Karson Kurland, Esq.
Chapter 13 Trustee
Debtor

**END OF ORDER**