Entered: June 1st, 2021
Signed: June 1st, 2021
**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: | |
| MAHMOUD MUSA ABULHAWA | Case No. 20-18036-TJC |
| | Chapter 13 |
| Debtor | |

### ORDER DISMISSING CASE

Upon consideration of the Chapter 13 Trustee's Motion to Dismiss Case pursuant to 11 U.S.C. § 1307 for cause, the Debtor having had an opportunity to respond, and after any hearing, good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Chapter 13 Trustee's Motion to Dismiss is granted and above-referenced Chapter 13 case is dismissed.

**ALL PARTIES ARE HEREBY NOTIFIED** that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:
  Chapter 13 Trustee
  Debtor
  U.S. Trustee
  All creditors and parties in interest

### END OF ORDER