# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **20–18036 – TJC**    Chapter: **13**

**Mahmoud Musa Abulhawa**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 6/1/21.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 6/1/21

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Laurie Arter
                                        301–344–3327

Form ntcdsm