United States Bankruptcy Court
District of Maryland

In re:                                                                                                  Case No. 20-18036-TJC
Mahmoud Musa Abulhawa                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2021 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mahmoud Musa Abulhawa, 7840 Beechcraft Avenue, Gaithersburg, MD 20879-1542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021                        Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Alan Ross | daniel.ross@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Fredrick Eric Nix | fnix@ch13md.com |
| Leah Christina Freedman | bankruptcy@bww-law.com  leah.freedman@bww-law.com |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com |
| Paige Smith | plevysmith@sandsanderson.com<br>sryan@sandsanderson.com,TKearns@sandsanderson.com,aburgess@sandsanderson.com,kpavlova@sandsanderson.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Jun 17, 2021 Form ID: pdfparty Total Noticed: 1

Rebecca A. Herr
   ecf@ch13md.com

Sari Karson Kurland
   skurland2@comcast.net admin@sarikurland.com,kurlandsr71821@notify.bestcase.com,marie-claire@sarikurland.com

Wayne Anthony Holman
   bankruptcy@bww-law.com Anthony.Holman@bww-law.com

TOTAL: 9



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20−18036 − TJC**   Chapter: **13**   Doc No.: **[79]**

**Mahmoud Musa Abulhawa**
Debtor

U.S. Bank National Association, as Trustee
Movant

vs.

Mahmoud Musa Abulhawa
Respondent

## ORDER DENYING MOTION AS MOOT
## AFTER CASE DISMISSED OR CLOSED

Debtor's bankruptcy case was dismissed or closed. Consequently, there is no continuing jurisdiction to try the above−captioned motion. Upon the dismissal or closure of this case, the automatic stay was terminated pursuant to 11 U.S.C. § 362(c)(2). It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned motion herein is denied, without prejudice, as moot.

cc:   All Counsel − Mark Meyer, Sari Karson Kurland
      Debtor
      Case Trustee − Rebecca A. Herr

### End of Order

37x03 (rev. 12/03/1997) − LaurieArter